(April 12, 1977)

■ JOYCE STRATTON, Appellant, v CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Respondent.—Order, Supreme Court, New York County, entered on January 15, 1976, and the judgment entered thereon on March 15, 1976, unanimously affirmed, without costs and without disbursements, on the opinion of Asch, J. Concur—Murphy, P. J., Birns, Capozzoli and Lane, JJ.

■ ASSOCIATED FACTORS CORPORATION, Plaintiff, v ALFRED DiGERONIMO, INC., Appellant, and LAWRENCE BERSON, Respondent, et al., Defendant.—Judgment, Supreme Court, New York County, entered on February 18, 1976, unanimously affirmed for the reasons stated by Rosenberg, J., at Trial Term. Defendant-respondent shall recover of defendant-appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Capozzoli and Lane, JJ.

■ LEASING SERVICE CORPORATION, Respondent, v FIRST MORTGAGE INVESTORS, Appellant.—Order, Supreme Court, New York County, entered on December 10, 1976, unanimously affirmed for the reasons stated by Ascione, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Capozzoli and Lane, JJ.